IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 03-cv-1844-ZLW-CBS

TIMOTHY P. NICHOLLS and
DEBORAH NICHOLLS,

    Plaintiffs,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Member of the American Family Insurance Group,

    Defendant.
_____

### ORDER ADMINISTRATIVELY CLOSING CASE
_____

    The Court has received and reviewed Plaintiff Deborah Nicholls' Response To Order To Show Cause (Doc. No. 46) and has been informed by Defendant's counsel that Defendant does not intend to file any reply thereto.  It is

    ORDERED that the Clerk shall administratively close this case pursuant to D.C. COLO.LCivR 41.2, subject to reopening for good cause upon motion by any party.  It is

    FURTHER ORDERED that the jury trial currently set to commence on July 23, 2007, is vacated.

    Dated at Denver, Colorado, this __6__ day of July, 2007.

                                            BY THE COURT:

                                            *[signature]*

                                            ZITA L. WEINSHIENK, Senior Judge
                                            United States District Court